IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>DANIEL CERNA SR.,<br><br>              Defendant. | **8:18CR269**<br><br>**ORDER** |

Before the Court is the objection, Filing No. 58, filed by the defendant objecting to General Order No. 2020-14. Defendant objects to the General Order, arguing that he has a Right to Speedy Trial and objects to any and all continuances implemented by this Order. He does not waive his rights under the Speedy Trial Act pursuant to 18 USC § 3161(h)(7)(A).

THEREFORE, IT IS ORDERED THAT defendant's objection, Filing No. 58, is noted for the record.

Dated this 9th day of November, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge